1  Nicole Y. Blohm (Bar No. 177284)
   nblohm@mmhllp.com
2  Kristin Kyle de Bautista (Bar No. 221750)
   kkyle@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   1000 Wilshire Boulevard, Suite 1860
4  Los Angeles, California 90017-2457
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH
7  AMERICA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MARISSA ROJAS, | ) Case No. 2:21-cv-05909 VAP (MARx) |
|---|---|
| Plaintiff, | ) **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) Judge:  Hon. Virginia A. Phillips |
| Defendant. | ) Complaint Filed:  July 21, 2021 |

   IT IS HEREBY STIPULATED, by and between Plaintiff MARISSA ROJAS ("Plaintiff") and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("Defendant"), by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each Party shall bear its own attorneys' fees and costs.

   The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

///
///
///

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

177946.1

1

Case No.  2:21-cv-05909 VAP (MARx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: December 9, 2021
Frank N. Darras
Susan B. Grabarsky
Phillip S. Bather
DARRASLAW

By: */s/ Phillip S. Bather*
Phillip S. Bather
Attorneys for Plaintiff
MARISSA ROJAS

Dated: December , 2021
Nicole Y. Blohm
Kristin Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP

By: */s/ Nicole Y. Blohm*
Nicole Y. Blohm
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

### Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

177946.1

2

Case No. 2:21-cv-05909 VAP (MARx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE